**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CHAPTER 13** |
| | ) | |
| **Terri Yvonne Williams** | ) | **CASE NO.  23-54607-pmb** |
| | ) | |
| **Debtor** | ) | |

| | | |
|---|---|---|
| **Terri Yvonne Williams** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| **v.** | ) | **CONTESTED MATTER** |
| | ) | |
| **TLOA of CT, LLC** | ) | |
| | ) | |
| **Respondent** | ) | |

**OBJECTION TO PROOF OF CLAIM FILED BY**
**TLOA of CT, LLC, claim 25-1**

COMES NOW, Debtor and hereby objects to Respondent's claim in this Chapter 13

Case, and shows the Court as follows:

-1-

This case was commenced by the filing of a voluntary petition for relief in Bankruptcy

under Chapter 13 of Title 11 of the United States Code.

-2-

On December 10, 2024, Respondent filed a secured claim in the above case for

$52,945.73.  The claim states that the basis for the security claim is a tax lien.

-3-

The deadline for general creditors to file claims in the Debtor's case was July 26, 2023.

The deadline for a government entity to file a claim was November 13, 2023.  The Debtor

objects to Respondent's claim as it was filed late.

-4-

On the Debtor's filed petition, she listed the City of Bridgeport in Schedule E and

anticipated the claim to be $10,000.00.  The address listed in the petition for the City of

Bridgeport is 45 Lyon Terrace, Room 123, Bridgeport, CT  06604.

-5-

The Debtor's attorney filed a priority claim on behalf of the City of Bridgeport for

$18,470.12 on January 18, 2024.  That claim is currently being funded through the Debtor's

chapter 13 plan.

-6-

On February 26, 2024, Bridgeport Tax Collector filed a proof of claim in the Debtor's

case (Claim 24-1) for $841.37.  The Chapter 13 Trustee objected to the claim and the Objection

was sustained and an order was entered on May 6, 2024 by this court disallowing the claim.

-7-

On Respondent's late filed proof of claim (Claim 25-1), attached documents show that

the City of Bridgeport assigned the tax liens to TLOA of CT, LLC.  The Debtor was unaware

that TLOA of CT, LLC was the holder of the tax liens.

-8-

Debtor contends that proper notice was provided to the City of Bridgeport and that TLOA

of CT, LLC knew or should have known of the Debtor's bankruptcy within the time to file their

claim and failed to do so.

Wherefore, Movant respectfully requests that the claim of TLOA of CT, LLC be

disallowed in full or, at the very least, they be allowed a claim of $18,470.12, of which is the

amount that was listed on Claim 23-1.

Respectfully submitted,

___/s_____

Brian Limbocker
GA Bar No. 800500
Attorney for the Debtor
Limbocker Law Firm, LLC
2230 Towne Lake Parkway
Building 100, Ste. 140
Woodstock, GA  30189
678-401-6836

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CHAPTER 13** |
| | ) | |
| **Terri Yvonne Williams** | ) | **CASE NO.  23-54607-pmb** |
| | ) | |
| **Debtor** | ) | |

| | | |
|---|---|---|
| **Terri Yvonne Williams** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| **v.** | ) | **CONTESTED MATTER** |
| | ) | |
| **TLOA of CT, LLC** | ) | |
| | ) | |
| **Respondent** | ) | |

**NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM**

Terri Yvonne Williams, Movant, have filed an Objection to TLOA of CT, LLC's Proof of Claim (Claim 25-1) on January 9, 2025.  Pursuant to the Third Amended and Restated General Order no. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within **thirty (30)** days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objections with the Bankruptcy Clerk at United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA  30303, and serve a copy on the movant's attorney, Brian Limbocker, 2230 Towne Lake Parkway, 100-140, Woodstock, GA  30189**, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Court within the required time.

A hearing on the pleading has been scheduled for February 27, 2025.  The Court will hold a hearing on the **Objection to Proof of Claim at 10:15 A.M. on February 27, 2025 in United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA  30303, Courtroom 1202**, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website.  Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.

You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated:  January 9, 2025.

___/s_____
Brian Limbocker
GA Bar No. 800500
Attorney for the Debtor
2230 Towne Lake Parkway
Building 100, Ste. 140
Woodstock, GA  30189

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | **CHAPTER 13** |
| | ) | |
| **Terri Yvonne Williams** | ) | **CASE NO.  23-54607-pmb** |
| | ) | |
| **Debtor** | ) | |

---

|  |  |  |
|---|---|---|
| **Terri Yvonne Williams** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| **v.** | ) | **CONTESTED MATTER** |
| | ) | |
| **TLOA of CT, LLC** | ) | |
| | ) | |
| **Respondent** | ) | |

**CERTIFICATE OF SERVICE**

I the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Notice of Hearing on Objection to Proof of Claim" and "Objection to Proof of Claim" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

TLOA of CT, LLC
11 Talcott Notch Road
2nd Floor
Farmington, CT  06032

Rubin Lublin, LLC
Attention:  Lisa F. Caplan
3145 Avalon Ridge Place
Ste. 100
Peachtree Corners, GA  30071

Melissa Davey
Standing Chapter 13 Trustee
233 Peachtree St., NE
Ste. 2250
Atlanta, GA  30303

I also certify that I sent the attached objection to the following email addresses:

lcaplan@riselaw.com

       This January 9, 2025.

                               _____/s_____
                               Brian S. Limbocker
                               Attorney for Debtor
                               2230 Towne Lake Pkwy.
                               Bldg. 100, Suite 140
                               Woodstock, GA 30189
                               (678) 401-6836  fax (678)-412-4152
                               bsl@limbockerlawfirm.com
                               GA Bar Number 800500